IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BSPORT ENTERPRISES, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 2:20-CV-00152-RJC |
| v. | ) | |
| | ) | |
| LMS PERFORMANCE GROUP, LLC | ) | |
| | ) | |
| Defendant. | ) | |

## **JUDGMENT**

Defendant, LMS Performance Group, LLC, having failed to plead or otherwise

defend in this action, and default having been entered,

NOW, upon application of the Plaintiff and upon affidavit that Plaintiff is due

monies from Defendant and that Defendant is an LLC and not an infant or incompetent

person and or in the military service of the United States, it is hereby

ORDERED, ADJUDGED and DECREED, that the Defendant owes to Plaintiff

the sum of $75,676.28 which Plaintiff may recover from Defendant, and the cost of this

suit.

CLERK OF COURT

201504
*Joshua C. Lewis*            sdp
Signature of Clerk or Deputy Clerk

Dated:_____4-15-20_____

/00240820.1